| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL J. MILLER, | Case No. 10-cv-1141-JCC-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for a finding of disability as of August 18, 2006, with a calculation of benefits based on plaintiff's application protectively filed on August 18, 2006, under Tittle XVI of the Social Security Act. Dkt. 18.

1
2   Based on the stipulation of the parties, the Court recommends that this case be
REVERSED and REMANDED for an award of SSI benefits.  A proposed order accompanies
3
this Report and Recommendation.
4
DATED this 15th day of December, 2010.
5
                                                          /s/ James P. Donohue
6                                                         _____
                                                          JAMES P. DONOHUE
7                                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION
PAGE - 2